*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Derrick Clark
    Debtor(s)

Case No: 16–17374–amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay First & Final
Installment Payments totaling $310.00

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 1/10/17

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: December 19, 2016

26
Form 175