# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                           Chapter 13

                           Bankruptcy No. 16-17374-AMC

DERRICK CLARK

2057 KENT ROAD

Folcroft, PA 19032

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DERRICK CLARK

    2057 KENT ROAD

    Folcroft, PA 19032

**Counsel for debtor(s), by electronic notice only.**
    TIMOTHY ZEARFOSS
    143-145 LONG LANE

    UPPER DARBY, PA 19082

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                              /s/ William C. Miller

Date: 3/20/2017

                                              _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee