# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-17374-AMC

DERRICK CLARK

2057 KENT ROAD

Folcroft, PA 19032

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DERRICK CLARK

    2057 KENT ROAD

    Folcroft, PA 19032

Counsel for debtor(s), by electronic notice only.

    TIMOTHY ZEARFOSS
    143-145 LONG LANE

    UPPER DARBY, PA 19082

Date: 3/23/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee